UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| BEVERLY MITCHELL HARRISON, et.al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | NO: 3:02-CV-489 |
| ) | |
| SCRIPPS NETWORKS, INC., et al.  ) | |
| ) | |
| Defendants.  ) | |

## ORDER OF THE CLERK

After prevailing in this case on a jury verdict, defendants Scripps Networks Inc. and E.W. Scripps Company filed a Bill of Costs. (Document No. 232). Following post-trial proceedings, defendants filed a *Request by Defendants Scripps Networks, Inc. and The E.W. Scripps Company to Withdraw Bill of Costs*. (Document No. 236). The undersigned hereby **GRANTS** the defendants' request to withdraw the Bill of Costs.

It is hereby Ordered and Adjudged that no costs shall be taxed against plaintiffs in this case. Entered this Fourth Day of May, 2006.

s/ Patricia L. McNutt
Clerk of Court